
FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 JUN -3 AM 11: 20
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH WAYNE FREEMAN,

    Plaintiff,

v.

WAYNE BENNETT, Sheriff; JASON
LYNEMA, Deputy Sheriff, and the
GLYNN COUNTY SHERIFF'S
DEPARTMENT,

    Defendants.

CIVIL ACTION NO.: CV208-017

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report wherein he recommended Plaintiff's claims against Defendants Wayne Bennett and the Glynn County Sheriff's Department be dismissed. Plaintiff's Objections focus on the recommended dismissal of Plaintiff's claims against Defendant Bennett on the basis of respondeat superior principles.

In his Objections, Plaintiff contends Defendant Bennett authorized the practice of routine checks being made upon offenders. However, this assertion, even if true, is unrelated to the Fourth Amendment claims against Defendant Lynema upon which the Magistrate Judge permitted service by Order dated March 20, 2008. Plaintiff's

Objections are without merit. The undersigned adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court. Plaintiff's claims against Defendants Bennett and the Glynn County Sheriff's Department are **DISMISSED**.

**SO ORDERED**, this 3 day of June, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA